UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Ex Parte Application of

MARK MCDONALD and DAVID
HOLUKOFF,

        Applicants,

        For an Order Pursuant to 28
U.S.C. § 1782

**ORDER**

19 Misc. 229 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On January 2, 2020, this Court granted Applicants' application.  Accordingly, the Clerk of the Court is directed to close this case.

Dated:  New York, New York
       October 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge